717 A.2d 530

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Peter BALODIS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 24, 1998.

Norris E. Gelman, Philadelphia, Harvey Sernovitz, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 24th day of September, 1998 the petition for allowance of appeal is **GRANTED** limited to the issue of whether trial counsel was ineffective for failing to preserve trial objections to the expert witness's bolstering of the alleged victim's credibility in his written post-trial motions, thereby waiving the issue for appeal.